WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TRISHA HAIGHT,**                        Case No. 1:15-cv-266-AC

      Plaintiff,

vs.                                                                 ORDER

**COMMISSIONER of Social Security,**

      Defendant.

---

      Attorney fees in the amount of $5,232.70 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

      DATED this 5th day of April, 2016.

                                                  _____
                                                  United States Magistrate Judge

Submitted on April 1, 2016 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1